1212

No. 11–9137. JOHNSON v. SECURITIES AND EXCHANGE COMMISSION. C. A. 11th Cir. Certiorari denied.

No. 11–9843. LYONS v. MITCHELL, SUPERINTENDENT, OLD COLONY CORRECTIONAL CENTER. C. A. 1st Cir. Certiorari denied.

No. 12–429. LEBOWITZ v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 12–457. CALIFORNIA PHYSICIANS' SERVICE, DBA BLUE SHIELD OF CALIFORNIA v. HARLICK. C. A. 9th Cir. Certiorari denied.

No. 12–535. JASPER v. SECURITIES AND EXCHANGE COMMISSION. C. A. 9th Cir. Certiorari denied.

No. 12–560. MARCAVAGE ET AL. v. CITY OF NEW YORK, NEW YORK, ET AL. C. A. 2d Cir. Certiorari denied.

No. 12–658. PRICE v. THOMAS, COMMISSIONER, ALABAMA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 12–667. WALTERS ET AL. v. MCMAHEN ET AL. C. A. 4th Cir. Certiorari denied.

No. 12–680. SCIBILIA v. VERIZON COMMUNICATIONS, INC., ET AL. C. A. 2d Cir. Certiorari denied.

No. 12–698. CRAWLEY v. MINNESOTA. Sup. Ct. Minn. Certiorari denied.

No. 12–770. ROGERS v. OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.

No. 12–771. REASONOVER ET AL. v. HODGES ET AL. Sup. Ct. La. Certiorari denied.

No. 12–774. MERISIER v. BANK OF AMERICA, N. A. C. A. 11th Cir. Certiorari denied.